Decided June 10, 1998

## CITY OF STAMFORD *v.* LJUBICA RADULOVIC ET AL.

The petition by the defendant Milivoje Kovac for certification for appeal from the Appellate Court, 48 Conn. App. 912 (AC 16672), is denied.

*H. Jeffrey Beck*, in support of the petition.

*James V. Minor*, assistant corporation counsel, in opposition.

Decided June 10, 1998